# In the United States Court of Federal Claims

No. 16-309C

(E-Filed November 22, 2021)

|  |  |
|---|---|
| ACLR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the court's March 23, 2020 opinion denying plaintiff's motion for partial summary judgment and granting defendant's cross-motion for summary judgment filed in the lead case, ACLR, LLC v. United States, Case No. 15-767C, of this previously consolidated matter, the court denied plaintiff's motion for summary judgment in this matter and dismissed plaintiff's claim for damages which were greater than the amount of damages it presented to the contracting officer for lack of jurisdiction.  See ACLR, LLC, v. United States, Case No. 15-767C, ECF No. 76 at 14, 16-17 (March 23, 2020 opinion, reported at ACLR, LLC v. United States, 147 Fed. Cl. 548 (2020)).

Accordingly, pursuant to the court's March 23, 2020 opinion, issued in ACLR, LLC v. United States, Case No. 15-767C, ECF No. 76, the clerk's office is directed to **ENTER** final judgment for defendant **DISMISSING** plaintiff's complaint in its entirety, with prejudice.  See id.

IT IS SO ORDERED.

s/ Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge